| | |
|---|---|
| 1 | **McMILLAN LAW GROUP, APC** |
| 2 | Julian McMillan (SBN 241937) |
|   | julian@mcmillanlawgroup.com |
| 3 | 4655 Cass Street, Suite 404 |
|   | San Diego, CA 92109 |
| 4 | |
| 5 | **REDWOOD LAW GROUP, APC** |
|   | Derek A. Soinski (SBN 293747) |
| 6 | derek@redwoodlawgroup.com |
| 7 | 10136 Rancho Roble Road |
|   | Escondido, CA 92026 |
| 8 | |
| 9 | Attorneys for Plaintiff, |
|   | **IVAN H. VACHOVSKY** |
| 10 | |
| 11 | **THETA LAW FIRM, LLP** |
|    | Soheyl Tahsildoost (Bar No. 271294) |
| 12 | Mehgan Gallagher (Bar No. 338699) |
|    | eservice@thetafirm.com |
| 13 | 15901 Hawthorne Blvd., Ste 270 |
| 14 | Lawndale, CA 90260 |
| 15 | |
|    | Attorneys for Defendant, |
| 16 | **MERCEDES-BENZ USA, LLC** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | IVAN H. VACHOVSKY, | Case No: 3:22-cv-01008-BAS-BLM |
| 21 | Plaintiff, | |
| 22 | v. | **JOINT NOTICE OF SETTLEMENT** |
| 23 | MERCEDES-BENZ USA, LLC a | |
| 24 | Delaware Corporation, | Hon. Cynthia Bashant |
| 25 | Defendants. | |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, IVAN H. VACHOVSKY, and Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: September 12, 2022

By: _____
Julian McMillan
McMILLIAN LAW GROUP, APC

Attorneys for Plaintiff,
**IVAN H. VACHOVSKY**

Dated: August 25, 2022         **THETA LAW FIRM, LLP**

By: _____
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**